# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STATE OF FLORIDA,

      Appellant,

v.

      Case No. 5D22-213
      LT Case Nos. 2020-101767-CFDL
                  2020-101857-CFDL

JOSHUA JOBE,

      Appellee.

_____/

Opinion filed November 18, 2022

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellant.

Terry P. Roberts, of Law Office of Terry P.
Roberts, Tallahassee, for Appellee.


  PER CURIAM.

AFFIRMED.[1]

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.

---

[1] Because the plain view doctrine was not raised below, we do not consider its possible application in this case.